UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | | |
|---|---|---|
| **T.N.H., BY HIS PARENTS AND NEXT FRIENDS ANGEL HALL AND JACKIE L. HALL, JR.** | ) ) ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| **V.** | ) | |
| | ) | |
| **ASHLAND HOSPITAL CORPORATION D/B/A KING'S DAUGHTERS MEDICAL CENTER** | ) ) ) ) | **Case No. 0-11-cv-00006-DLB** |
| | ) | |
| **DEFENDANT** | ) | |
| | ) | |
| | ) | **ELECTRONICALLY FILED** |
| | ) | |

**JOINT STATUS REPORT**

Come Plaintiff T.N.H., by counsel, and Ashland Hospital Corporation d/b/a King's Daughters Medical Center (KDMC), by counsel, and file this joint status report detailing the following facts:

1. The parties have reached a formal settlement agreement as announced in Court on July 8, 2013. The parties were to file the Agreement within sixty days of that date.

2. A Joint Status Report was filed on September 18, 2013, stating that the Agreement was in the possession of KDMC counsel for signatures.

3. KDMC and Angel and Jackie Hall, on behalf of T.N.H., and counsel have now signed the Settlement Agreement as of October 3, 2013.

4. Per the Agreement, the KDMC Service Animal Policy requires a signature from KDMC before the agreement can be submitted as an Exhibit to it.

5. Counsel for T.N.H. contacted counsel for KDMC on October 14, 2013 informing counsel of the need for a signature on the Service Animal Policy and sending a copy of the June 4, 2013 Policy tendered to the Court with the draft settlement agreement.

6. On October 17, 2013 KDMC sent a signed Service Animal Policy.  However, the policy sent to T.N.H. was a previous policy dated August 22, 2012.

7. T.N.H. reviewed the policy and contacted KDMC on October 22, 2013 informing counsel by email of the error.  Counsel again attached a copy of the June 4, 2013 policy in the email.

8. T.N.H. has made repeated contacts to request the signed updated Service Animal Policy.

9. On December 3, 2013 KDMC contacted counsel for Plaintiff to inform them that a reference to the Service Animal Policy and contact information has been posted on the KDMC website, as required by the Agreement.

10. KDMC further stated that essential staff members have been trained on the Service Animal Policy, per the Agreement, and is in the process of submitting proof of training to T.N.H.

11. T.N.H. requested a signed copy of the June 4, 2013 Service Animal Policy so the parties can file the Settlement Agreement with the Court.  KDMC stated an updated policy would be signed and sent to T.N.H., after requesting and receiving another copy of the June policy.

12. Once the signed June 4, 2013 policy has been signed and submitted to T.N.H., the Settlement Agreement will be filed.

13. T.N.H. is a minor residing in Lawrence County, Ohio.  Angel and Jackie Hall Jr., as

parents of T.N.H., will need to submit to the Lawrence County Probate Court documents

regarding the approval of settlement involving a minor.

14. Once the Settlement Agreement is signed, documents will be submitted to the probate

court with the Agreement attached.


Respectfully submitted,

/s/ Heidi Schissler Lanham
Heidi Schissler Lanham
heidi.schissler@ky.gov
Malicia T. Hitch
malicia.hitch@ky.gov
Protection and Advocacy
100 Fair Oaks Lane
Third Floor
Frankfort, Kentucky 40601
(502)564-2967 Phone
(502)564-0848 Fax
Counsel for Plaintiff

/s/ Mauritia G. Kamer
Mauritia G. Kamer
m.kamer@stites.com
Stites and Harbison, PLLC
250 W. Main Street, Suite 2300
Lexington, Kentucky 40507
(859) 226-2218
Counsel for Defendant